**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY NABATMAMA, | Case No. 2:24-cv-09509-MCS-E |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ROSS MORGAN & COMPANY, INC., AND DOES 1–10, | |
| Defendants. | |

Pursuant to this Court's Order Granting Defendant's Motion to Dismiss Plaintiff's Complaint, it is ordered, adjudged, and decreed that the complaint is dismissed in its entirety. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: April 10, 2025

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1